IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Civil Action No. 11-cv-03150-RBJ

MILES MULTIMEDIA, LLC,

    Plaintiff,

v.

SCHUMANN PRINTERS, INC.,

    Defendant.

---

**STIPULATION AND ORDER REGARDING CUSTODY OF
EXHIBITS AND DEPOSITIONS**

---

It is stipulated that upon the conclusion of the trial[1], counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty (60) days.

DATED at Denver, Colorado this _15_ day of May, 2013.

BY THE COURT:

_____
R. Brooke Jackson, U.S. District Judge

_____　　　　_____
Counsel for Plaintiff　　　　　　　　Counsel for Defendant

_14 May 2013_　　　　　　　　　　　_5-3-13_
Date　　　　　　　　　　　　　　　　Date

---

[1] At the conclusion of trial, the Court retained custody of the exhibits for consideration. Counsel appeared in person, on the date indicated above, to review and retain possession of their evidence.